IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00090-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD DEAN JAGERS III,
    also known as "Trey" Jagers,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

From a date unknown but no later than the month of July 2016, and continuing thereafter until in or about March 29, 2017, in the State and District of Colorado and elsewhere, the defendant, EDWARD DEAN JAGERS III did knowingly and voluntarily conspire and agree with CO-CONSPIRATOR 1 ("CC-1"), CO-CONSPIRATOR 2 ("CC-2"), and CO-CONSPIRATOR 3 ("CC-3"), whose identifies are known to the United States Attorney, to commit an offense against the laws of the United States, namely willfully injuring and depredating the property of the United States, the value of which exceeds $1,000, in violation of 18 U.S.C. § 1361.

## MANNER AND MEANS OF THE CONSPIRACY

Acting interdependently, the defendant and others, both known and unknown to the grand jury, carried out the conspiracy using the following manner and means:

1. EDWARD DEAN JAGERS III, CC-1, CC-2 and CC-3 agreed to tamper with, injure, and commit depredations against government rain gauges within designated zones of responsibility;

2. EDWARD DEAN JAGERS III tampered with, injured and committed depredations against an Automated Surface Observing System ("ASOS") rain gauge near Springfield Colorado, designated by National Weather Service Identification code KSPD, colloquially known as the "Little Washington" rain gauge, and referred to in this Information as the "Springfield Rain Gauge," by intentionally placing a pan, sometimes referred to as a "pie tin" or "cake pan" over the rain collection mechanism during precipitation events;

3. CC-1 tampered with, injured, and committed depredations against an ASOS rain gauge near Lamar, Colorado designated by National Weather Service Identification code KLAA by intentionally placing a metal disc over the rain collection mechanism during precipitation events;

4. CC-2 tampered with, injured and committed depredations against other government rain gauges in his area of responsibility by, among other means, pouring silicone into rain collection mechanisms, cutting wires powering the gauges,

2

disassembling and tiling collection mechanisms, and by hiring CC-3 to tamper with additional gauges;

5. CC-3 tampered with, injured and committed depredations against government rain gauges in CC2's area of responsibility by, among other means, covering the rain collection mechanism with a pan, puncturing the precipitation collection mechanism, and pouring water out of the collection mechanisms.

## OVERT ACT

6. In furtherance of the conspiracy's objective, on or about March 29, 2017, EDWARD DEAN JAGERS III placed a pan over the Springfield Rain Gauge.

All in violation of Title 18, United States Code, Section 371.


COLE FINEGAN
United States Attorney

By: *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Bryan.Fields3@usdoj.gov
Attorney for Government