DEFENDANT: ED DEAN JAGERS III

AGE/YOB: 38/1983

COMPLAINT FILED? \_\_\_\_\_ Yes   \_\_X\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_X\_ No

OFFENSE(S): 18 U.S.C. § 371 (Conspiracy to injure and depredate government property )

LOCATION OF OFFENSE: Baca County, Colorado and elsewhere

PENALTY: NMT 5 years imprisonment, a fine of $250,000, NMT 3 years supervised release, and a Special Assessment fee of $100

AGENT: Molly Cox
Special Agent, United States Department of Commerce-Office of Inspector General

AUTHORIZED BY: Bryan David Fields
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less; \_\_\_ over five days

THE GOVERNMENT

Will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.

1