IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00090-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

ED DEAN JAGERS, III
     also known as "Trey" Jagers,

Defendant.

---

## NOTICE OF APPEARANCE
_____

Kevin M. McGreevy hereby enters his appearance as counsel for Defendant Ed Dean Jagers, III.  Pursuant to D.C.COLO.L.AttnyR 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

        Respectfully submitted,

        *s/ Kevin M. McGreevy*
        **Kevin M. McGreevy**
        RIDLEY, MCGREEVY & WINOCUR, P.C.
        303 16th Street, Suite 200
        Denver, Colorado  80202
        Telephone:  (303) 629-9700
        Facsimile:   (303) 629-9702
        E-mail:  mcgreevy@ridleylaw.com
        **Attorney for Defendant Ed Dean Jagers, III**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system on this 8th day of March, 2022, which will send notification of such filing to the following e-mail addresses:

Bryan Fields, AUSA
1801 California Street, Suite 1600
Denver, Colorado  80202

                                                                       *s/ Polly Ashley*
                                                                       Polly Ashley