IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00090-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

ED DEAN JAGERS, III
     also known as "Trey" Jagers,

Defendant.

---

### NOTICE OF DISPOSITION
---

Defendant Ed Dean Jagers, III, by and through counsel and pursuant to D.C.COLO.L.CrR. 11.1, hereby gives notice that a disposition has been reached in this case.

Respectfully submitted,

*s/ Kevin M. McGreevy*
**Kevin M. McGreevy**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:  (303) 629-9702
E-mail:  mcgreevy@ridleylaw.com
**Attorney for Defendant Ed Dean Jagers, III**

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing **NOTICE OF DISPOSITION** was electronically filed with the Clerk of the Court using the CM/ECF system on this 25th day of March, 2022, which will send notification of such filing to the following e-mail addresses:

Bryan Fields, AUSA
1801 California Street, Suite 1600
Denver, Colorado  80202

                  *s/ Polly Ashley*
                  Polly Ashley