**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | |
|---|---|
| Courtroom Deputy:  Bernique Abiakam | Date:  May 18, 2022 |
| Court Reporter:  Julie Thomas | Interpreter:  n/a |
| Probation:  n/a | |

**CASE NO.: 22-cr-00090-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan D. Fields |
| Plaintiff, | |
| v. | |
| ED DEAN JAGERS, III, | Kevin M. McGreevy |
| Defendant. | |

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

**1:31 p.m.      Court in session.**

Court calls case.   Appearances of counsel.   Defendant present on bond.

Defendant sworn and answers questions asked by the Court.

Defendant advised regarding:

    1)    The Plea Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)    The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Count One of the Superseding Information.   Defendant pleads guilty to Count One of the Superseding **Information**

Oral findings are made of record.

**ORDER:**   Court Exhibits 1 and 2 are admitted.

**ORDER:**   Defendant's plea is accepted, and Defendant is adjudged guilty as charged in **Count One of the Superseding Information**

**ORDER:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**   Sentencing hearing is set **September 22, 2022, at 10:30 a.m.**, in Courtroom A1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED.   Any pretrial motions that are pending are hereby declared moot.

**ORDER:**   Any objections to the presentence report and any motions for departure or variance will be filed within 14 days of receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1).   Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date. (**Any requests by the Government for preliminary forfeiture shall be done by written motion**.).

**ORDER:**   Bond is continued under the same conditions, pending sentencing.

**1:53 p.m.**   **Court in recess.**
**Total Time: 22 minutes.**
**Hearing concluded.**