IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00090-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

ED DEAN JAGERS, III
    also known as "Trey" Jagers,

Defendant.

___

### UNOPPOSED MOTION TO CONTINUE SENTENCING
___

Defendant Ed Dean Jagers, III, by and through counsel, hereby requests a continuance of his sentencing.  As grounds, Mr. Jagers states as follows:

1. Mr. Jagers pled guilty to 18 U.S.C. § 371 – Conspiracy, on May 18, 2022.

2. The sentencing in this matter is currently set for March 14, 2023.

3. The government continues to investigate this case. Therefore, the government is requesting additional time to investigate prior to Mr. Jager's sentencing.

4. Both parties are asking for a 180-day continuance beyond March 14, 2023 to facilitate the investigation.

5. Mr. Jagers is on bond in this matter

6. Pursuant to paragraph (D)(8)(e) of the Plea Agreement, Mr. Jagers consents to continuing the sentencing in order to further his cooperation.

WHEREFORE, Ed Dean Jagers, III, hereby requests a 180-day continuance of the March 14, 2023 sentencing hearing.

Respectfully submitted,

*s/ Kevin M. McGreevy*
**Kevin M. McGreevy**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   mcgreevy@ridleylaw.com
**Attorney for Defendant Ed Dean Jagers, III**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING** was electronically filed with the Clerk of the Court using the CM/ECF system on this 1st day of February, 2023, which will send notification of such filing to the following e-mail addresses:

Bryan Fields, AUSA
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202

*s/ Polly Ashley*
Polly Ashley